UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, )<br>and )<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Defendants. ) | C. A. No. 3-20-cv-00096-RNC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Philadelphia Indemnity Insurance Company ("PIIC") hereby gives notice of the dismissal of this action, without prejudice.

Respectfully submitted,

By its attorneys,
SULLOWAY & HOLLIS P.L.L.C.

Dated: January 27, 2020

By: /s/ *David W. Zizik*
David W. Zizik *(ct30635)*
40 Westminster Street, Suite 201
Providence, RI 02903
Tel: (401) 265-5151
dzizik@sulloway.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via ECF on this 27th day of January, 2020.

/s/ David W. Zizik
David W. Zizik *(ct30635)*